987 A.2d 617

IN THE MATTER OF ROBERT C. DIORIO,
AN ATTORNEY AT LAW.

February 17, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–172, concluding that **ROBERT C. DIORIO,**

formerly of **ROSELLE,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.15(b) (failure to deliver funds to third party) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ROBERT C. DIORIO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.